

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Victor Antolik, Appellant

No. 06-18-00096-CV          v.

Dennis Antolik, Appellee

Appeal from the 345th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-17-000655).  Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Victor Antolik, pay all costs of this appeal.

RENDERED MAY 15, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk